UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF IOWA

**Report on Defendant Under Pretrial Supervision**

---

**Name of Defendant:** Jacob Robert Steiniger   **Case Number:** 4:24-CR-00172-003

**Name of Judicial Officer:**   William P. Kelly, U.S. Magistrate Judge

**Charge:**   18 U.S.C. § 371- Conspiracy (Ct. 1)
26 U.S.C. § 5861(f) - Making an Unregistered Destructive Device (Ct. 2)
26 U.S.C. § 5861(d) - Possession of an Unregistered Destructive Device (Ct. 3)

**Placed on Bond:**   January 10, 2025

**Type of Bond:**   Personal Recognizance

**Trial Date:**   March 3, 2025

**Assistant U. S. Attorney:**   MacKenzie Benson Tubbs   **Defense Attorney:** Peter Joseph Ickes

---

**PETITIONING THE COURT**

The probation officer believes that the offender has violated one or more conditions of supervision, as outlined below:

**Violations**

1. Use of Controlled Substance-Marijuana

Nature of Noncompliance

On January 14, 2025, an unannounced home contact was conducted at Mr. Steiniger's residence. During the home contact, Mr. Steiniger provided a urine sample. The sample was presumptive positive for marijuana. Mr. Steiniger admitted to smoking approximatley one bowl of marijuana around 8:00 A.M. on the morning of January 14, 2025, prior to officers' arrival at the residence.

**U. S. Probation Officer Action:**

Mr. Steiniger was verbally admonished. He was directed to obtain a substance use assessment and provided with information on where to report for the assessment. Additionally, Mr. Steiniger is enrolled in random urinalysis testing, as least monthly.

**Background Information:**

On January 10, 2025, Mr. Steiniger initially appeared before the Honorable Helen C. Adams. At the time, he was released on bond with pretrial supervision. This is Mr. Steiniger's first violation while on pretrial release. Trial is scheduled for March 3, 2025.

Respectfully submitted,

By *Ashley Knight* (signature)

Ashley Knight
Senior U.S. Probation Officer
Date: January 14, 2025

**The Probation Office recommends that no further action be taken at this time.**

The United States Attorney's Office:

☒ Does not object to the proposed action.

☐ Objects but does not request a formal hearing be set.

☐ Objects and will petition the Court requesting that a formal hearing be set.

AUSA: MacKenzie Tubbs           Signature: *MacKenzie Tubbs*

---

☐ No further action is needed

☐ Submit a request for modification of the condition or term of supervision.

☐ Submit a request for warrant or summons.

☐ Other: _____

_____
**Signature of Judicial Officer**

_____
**Date**